McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0197-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GILBERTO GARCIA-GARCIA, | DATE: November 20, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 20, 2018.

2. By this stipulation, defendant now moves to continue the status conference until January 29, 2019 at 9:15 a.m., and to exclude time between November 20, 2018, and January 29, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that on October 2, 2018, it produced to defense counsel approximately 183 pages of discovery, consisting of investigative reports, photographs, and other documents, as well as several videos. On November 15, 2018, the government produced approximately 32 additional pages of discovery, consisting of a preliminary final

| | |
|---|---|
| 1 | environmental assessment report, an investigative report, and photographs. |
| 2 | b) Counsel for defendant desires additional time to review the newly produced |
| 3 | discovery; to consult with her client regarding the government's discovery, the charges in this |
| 4 | case, and potential resolutions; and to otherwise prepare for trial |
| 5 | c) Counsel for defendant believes that failure to grant the above-requested |
| 6 | continuance would deny him/her the reasonable time necessary for effective preparation, taking |
| 7 | into account the exercise of due diligence. |
| 8 | d) The government does not object to the continuance. |
| 9 | e) Based on the above-stated findings, the ends of justice served by continuing the |
| 10 | case as requested outweigh the interest of the public and the defendant in a trial within the |
| 11 | original date prescribed by the Speedy Trial Act. |
| 12 | f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, |
| 13 | et seq., within which trial must commence, the time period of November 20, 2018 to January 29, |
| 14 | 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code |
| 15 | T4] because it results from a continuance granted by the Court at defendant's request on the basis |
| 16 | of the Court's finding that the ends of justice served by taking such action outweigh the best |
| 17 | interest of the public and the defendant in a speedy trial. |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 15, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: November 15, 2018

/s/ MIA CRAGER
MIA CRAGER
Counsel for Defendant
GILBERTO GARCIA-GARCIA

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 15th day of November, 2018.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE