McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0197-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GILBERTO GARCIA-GARCIA, | DATE: March 26, 2019 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 26, 2019.

2.      By this stipulation, defendant now moves to continue the status conference until April 23, 2019 at 9:15 a.m.and to exclude time between March 26, 2019, and April 23, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 215 pages of discovery, consisting of investigative reports, photographs, and other documents, as well as several videos. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1    b)    Counsel for defendant desires additional time to conduct review this discovery, to

2    consult with her client, to conduct factual investigation, and to otherwise prepare for trial.

3    c)    Counsel for defendant believes that failure to grant the above-requested

4    continuance would deny her the reasonable time necessary for effective preparation, taking into

5    account the exercise of due diligence.

6    d)    The government does not object to the continuance.

7    e)    Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11    et seq., within which trial must commence, the time period of March 26, 2019 to April 23, 2019,

12    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

13    because it results from a continuance granted by the Court at defendant's request on the basis of

14    the Court's finding that the ends of justice served by taking such action outweigh the best interest

15    of the public and the defendant in a speedy trial.

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act

/ / /

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 22, 2019                          McGREGOR W. SCOTT
                                                United States Attorney


                                                /s/ DAVID W. SPENCER
                                                DAVID W. SPENCER
                                                Assistant United States Attorney


Dated:  March 22, 2019                          /s/ MIA CRAGER
                                                MIA CRAGER
                                                Counsel for Defendant
                                                GILBERTO GARCIA-GARCIA


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of March, 2019.


                                                /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE